225 P.3d 692

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Alvarez Family Trust v. Association of Apartment Owners of Kaanapali Alii...................... 27695    12/23/2008   Denied    119 Hawai'i 321, 196 P.3d 323